IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03519-KLM

REBECCA KENDALL,

    Plaintiff,

v.

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation of Dismissal with Prejudice** [#23] ("Stipulation").  Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Stipulation is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorney fees and costs.  The Clerk of Court shall close this case.

    Dated:  April 22, 2021